**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Tony Brian MIDDLETON,**
**Defendant—Appellant.**

No. 01–35732.
D.C. No. CV–01–00973–MA,
CR–91–00290–MA.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 15, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Tony Brian Middleton appeals the district court's order denying his 28 U.S.C. § 2255 motion to vacate his 235–month sentence as an armed career criminal under 18 U.S.C. § 924(e)(1). We have juris-diction pursuant to 28 U.S.C. §§ 1291 and 2253. We review de novo the denial of a § 2255 motion, *Sanchez v. United States,* 50 F.3d 1448, 1451 (9th Cir.1995), and we affirm.

Middleton contends that his sentence violates *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because his sentence was enhanced based on factors which were neither alleged in the indictment nor proven to the jury. Middleton's contentions have been foreclosed by this court's recent decision in *United States v. Sanchez–Cervantes,* 282 F.3d 664, 667–71 (9th Cir.2002) (denying a 28 U.S.C. § 2255 motion and holding that *Apprendi* does not apply retroactively to cases on initial collateral review).

Accordingly, the judgment of the district court is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.